JENNIFER JAMES *v.* THE VALLEY-SHORE Y.M.C.A., INC.

The plaintiff's petition for certification for appeal from the Appellate Court, 125 Conn. App. 174 (AC 31571), is denied.

*William F. Gallagher* and *Michael L. Oh,* in support of the petition.

Decided February 23, 2011